UNITED STATES of America,
Appellee,

v.

Leonel GARCIA–GARIBAY, also
known as Marcos Gonzalez,
Appellant.

No. 03–1132.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 7, 2004.

Decided Jan. 21, 2004.

Thomas J. Kangior, Omaha, NE, for Plaintiff-Appellee.

Krisanne C. Weimer, Omaha, NE, Leonel Garcia-Garibay, Adelanto, CA, for Defendant-Appellant.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Leonel Garcia–Garibay appeals the sentence the district court[*] imposed after Garicia–Garibay pleaded guilty to drug violations under 21 U.S.C. §§ 841 and 846. Garcia–Garibay argues he should be resentenced because defense counsel was inef-

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

[*] The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

fective for failing to file a timely motion to suppress evidence of methamphetamine seized during the search of Garcia–Garibay's home. We conclude this ineffective-assistance claim should be brought, if at all, in a 28 U.S.C. § 2255 motion. *See United States v. Hughes*, 330 F.3d 1068, 1069 (8th Cir.2003). Consequently, we affirm the judgment of the district court.